UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Steve A. Preslicka,   Civil No. 07-4237 (PAM/JJK)

   Plaintiff,

v.   **ORDER**

Michael J. Astrue,
Commissioner of Social Security,

   Defendant.

---

This matter is before the Court on the Report and Recommendation ("R&R") of United States Magistrate Judge Jeffrey J. Keyes, dated April 7, 2009. In the R&R, Magistrate Judge Keyes recommends that the Court grant Plaintiff's Application for Attorney Fees and Expenses in the amount of $4,912.50. Defendant does not object to the R&R. Accordingly, **IT IS HEREBY ORDERED** that:

1. The Report and Recommendation (Docket No. 27) is **ADOPTED**;

2. Plaintiff's Application for Attorney Fees and Expenses (Docket No. 24) is **GRANTED**; and

2. The Government is ordered to pay Plaintiff $4,912.50 in fees and expenses.


Dated: <u>Wednesday, April 22, 2009</u>

*s/ Paul A. Magnuson*
Paul A. Magnuson
United States District Court Judge